IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-213-D

| | |
|---|---|
| CAPITAL AUTOMOTIVE SALES, LLC, A North Carolina limited liability company, doing business as Capital Nissan, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY A. BURR, jointly, severally, and individually, and JACOB CHARLES TETER, jointly, severally, and individually, <br><br> Defendants. | **ORDER** |

This matter is before the clerk on the plaintiff's motion for entry of default [DE-10]. Because the pro se defendants have received extensions of time to answer or otherwise respond to the complaint, the motion for entry of default [DE-10] is DENIED without prejudice.

SO ORDERED. This the 2 day of January, 2018.

_____
Peter A. Moore, Jr.
Clerk of Court